Aaron BATTLE, Plaintiff—Appellant,

v.

Paul BOGENT, Doctor; Doctor Haskettes; Nurse Harris; Nurse House, Defendants—Appellees,

and

Department of Corrections, Defendant. No. 04–7052.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 21, 2004.

Aaron Battle, Appellant pro se. Richard Samuel Samet, Goodman, Allen & Filetti, Glen Allen, Virginia, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Aaron Battle appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Battle v. Bogent,* No. CA–03–277–3 (E.D.Va. May 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*